# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139859

JEFFREY B. ALLISON,
      Plaintiff-Appellant,

v

MICHIGAN PAROLE BOARD,
      Defendant-Appellee.

SC: 139859
COA: 292166

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____/

      On order of the Court, the complaint for mandamus, treated as an application for leave to appeal the October 6, 2009 order of the Court of Appeals, is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

0222